905 A.2d 902

PETITION FOR REVIEW OF THE LETTER DECISION OF
THE COMMITTEE ON ATTORNEY ADVERTISING,
DOCKET NO. 47–2007.

May 29, 2008.

A petition for review of the letter decision rendered by the Committee on Attorney Advertising in Docket No. 47–2007 (use of proposed trade name) having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for review is granted.